IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUHAREM KURBEGOVICH,   No C-15-1348 TEH (PR)

      Plaintiff,

      v.   ORDER OF TRANSFER

UNKNOWN POLITICIANS,

      Defendants.

_____/

      While filed as a habeas petition, a review of the filing indicates that Plaintiff is challenging the conditions of confinement. Even if the Court were to review this case as a habeas petition it would still be transferred as Plaintiff was found guilty in 1980 in Los Angeles which is located in the Central District of California.

      Plaintiff, a state prisoner currently incarcerated at California State Prison - Corcoran, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that his mail privileges have been restricted which has unfairly affected his sentence.

      California State Prison - Corcoran is located in Kings County,

1 which lies in the Eastern District of California.  Thus, the events
2 or omissions giving rise to Plaintiff's claims occurred in the
3 Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  Venue
4 therefore properly lies in the Eastern District.  <u>See</u> 28 U.S.C. §
5 1391(b).
6     Accordingly, in the interest of justice and pursuant to 28
7 U.S.C. § 1406(a), this action is transferred to the United States
8 District Court for the Eastern District of California.
9     The Clerk shall transfer this matter, terminate all
10 pending motions as moot and close the file.
11     IT IS SO ORDERED.

13 DATED    04/06/2015

**THELTON E. HENDERSON**
United States District Judge

16 G:\PRO-SE\TEH\CR.15\Kurbegovich1348.trn.wpd

2